IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLAYTON PRINCE TANKSLEY,

    Plaintiff,

v.

LEE DANIELS, et al.,

    Defendants.

CIVIL ACTION
NO. 16-0081

## ORDER

**AND NOW**, this 28th day of April 2017, upon consideration of Defendants' Motions to Dismiss (Doc. Nos. 53-54), Plaintiff's Responses in Opposition (Doc. Nos. 57-60), Defendants' Replies (Doc. Nos. 62-64), arguments made by counsel for the parties at the hearings held on the Motions to Dismiss (See Doc. No. 69), Defendants' Supplemental Briefs (Doc. Nos. 80-81), Plaintiff's Supplemental Briefs (Doc. Nos. 82-84), and in accordance with the Opinion issued this day, it is **ORDERED** that Defendants' Motions to Dismiss (Doc. Nos. 53-54) are **GRANTED**. It is **FURTHER ORDERED** that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.