AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| CLAYTON PRINCE TANKSLEY | ) |
| | ) |
| v. | ) |
| LEE DANIELS, et al., | ) |
| | ) |

Case No.: 16-cv-00081-JHS

## BILL OF COSTS

Judgment having been entered in the above entitled action on <u>  09/19/2018  </u> against <u>  Clayton Prince Tanksley  </u>,
Date
the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 80.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 979.75 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| | TOTAL   $ | 1,059.75 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

---

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney: _____

Name of Attorney: <u>Andrew J. Thomas</u>

For: <u>Defendants' Lee Daniels, Danny Strong, Twenty First Century Fox Inc, et al.</u>          Date: <u>10/30/2018</u>
*Name of Claiming Party*

---

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By:

| | | |
|---|---|---|
| *Clerk of Court* | *Deputy Clerk* | *Date* |

**Addendum to Bill of Costs (*Tanksley v. Daniels et al.*, Case No. 2:16-cv-00081-JHS)**

| Category | Date | Cost | Description |
|---|---|---|---|
| Fees of the Clerk | 9/14/2016 | $40 | Fee paid to the Clerk of the Court associated with application for pro hac vice admission for Richard Stone (Dkt. 50). |
| Fees of the Clerk | 9/14/2016 | $40 | Fee paid to the Clerk of the Court associated with application for pro hac vice admission for Andrew J. Thomas (Dkt. 51). |
| Costs as shown on Mandate of Court of Appeals | 9/19/2018 | $979.75 | Costs taxed in favor of Appellees Lee Daniels, Lee Daniels Entertainment, Danny Strong, Danny Strong Productions, Twenty First Century Fox Inc, Fox Network Group Inc, and Leah Daniels-Butler (Dkt. 93) |

## CERTIFICATE OF SERVICE

I, Andrew J. Thomas, hereby certify that on November 9, 2018, the foregoing

**BILL OF COSTS** was served on all parties by the Court's electronic filing system.


November 9, 2018                              *s/ Andrew J. Thomas*

                                             Richard L. Stone
                                             Andrew J. Thomas
                                             Andrew G. Sullivan
                                             JENNER & BLOCK LLP
                                             633 West 5th Street, 36th Floor
                                             Los Angeles, CA  90071
                                             (213) 239-5100 (tel)
                                             (213) 239-5199 (fax)